UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

THOMAS WHATLEY, and FRED PALUMBO,   )
   )
                Plaintiffs,   )
   )   **JUDGMENT IN A**
v.   )   **CIVIL CASE**
   )   **CASE NO. 7:22-CV-126-D-BM**
UNITED STATES OF AMERICA,   )
   )
                Defendants.   )

**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES WITHOUT PREJUDICE plaintiffs' complaint for failure to exhaust administrative remedies under section 804(h) of the Camp Lejeune Justice Act.

**This Judgment Filed and Entered on December 20, 2022, and Copies To:**

| | |
|---|---|
| Zina Bash | (via CM/ECF electronic notification) |
| Eric W. Flynn | (via CM/ECF electronic notification) |
| Warren D. Postman | (via CM/ECF electronic notification) |
| William Michael Dowling | (via CM/ECF electronic notification) |
| Frederick Gaston Hall | (via CM/ECF electronic notification) |
| John A. Bain | (via CM/ECF electronic notification) |

DATE:                                    PETER A. MOORE, JR., CLERK

December 20, 2022                (By)  /s/ Nicole Sellers

                                           Deputy Clerk